| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION |
| Case number *(if known)* _____  Chapter  11 |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Montante Plastic Surgery & Aesthetics, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  82-1170326

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5706 Grove Avenue STE 201 | |
| Richmond, VA 23226 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Henrico | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  https://montanteaesthetics.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Montante Plastic Surgery & Aesthetics, LLC  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  6211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  Montante Plastic Surgery & Aesthetics, LLC _____  Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☒ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☒ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

| Debtor | Montante Plastic Surgery & Aesthetics, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 20, 2024
MM / DD / YYYY

X  /s/   Steven J. Montante, MD                         Steven J. Montante, MD
Signature of authorized representative of debtor        Printed name

Title   Member

**18. Signature of attorney**

X  /s/ Paula S. Beran                                   Date   June 20, 2024
Signature of attorney for debtor                        MM / DD / YYYY

Paula S. Beran VSB 34679
Printed name

Tavenner & Beran, PLC
Firm name

20 N 8th Street, 2nd Floor
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  pberan@tb-lawfirm.com

VA 34679
Bar number and State

**MONTANTE PLASTIC SURGERY & AESTHETICS, LLC**
a Virginia limited liability company (the "Company")

**Consent of All Membership Interests**

June 20, 2024

Steven J. Montante and Shelly R. Montante, being the holders of all of the issued and outstanding membership interests of the Company hereby approve of the following actions by written consent:

RESOLVED, that the Company shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court"); (b) if, prior to filing the Petition, circumstances arise making it necessary or convenient, consent to the entry of an order for relief and convert an involuntary commenced chapter 7 case to a case under chapter 11 of the Bankruptcy Code; and/or (c) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing:

FURTHER RESOLVED, that Steven J. Montante, (the "Designated Officer') acting alone, is hereby authorized, directed and empowered on behalf of and in the name of the Company to: (a) verify and execute, the Petition, verify and execute any ancillary documents thereto to he filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications as such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer) (b) execute, verify and file or cause to be filed all responses, schedules, lists, motions, applications and other papers or documents (including debtor-in-possession loan documents) necessary or desirable in connection with the foregoing; and/or (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms such Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officer of the Company, acting alone, is hereby authorized, directed and empowered to retain on behalf of the Company: (a) Tavenner & Beran, PLC and (b) such additional professionals including, without limitation, other attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's judgment may be necessary in connection with the Petition, the Company's Chapter 11 case and other related matters, on such terms as the Designated Officer shall approve;

FURTHER RESOLVED, that the law firm, Tavenner & Beran, PLC, and any additional special counsel selected by the Designated Officer, if any, shall be, and hereby are, authorized, empowered, and directed to represent the Company, as debtor and debtor-in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

1

FURTHER RESOLVED, that the Company, as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is. authorized to open bank accounts, borrow funds and undertake related financing transactions (collectively, the 'Financing Transactions") from such lenders and on such terms as may be approved the Designated Officer, as reasonably necessary for the continuing conduct of the affairs of the Company, and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Designated Officer of the Company in connection with such borrowings;

FURTHER RESOLVED, (a) that the Designated Officer, acting alone, hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officer may deem necessary or appropriate to facilitate the Financing Transactions (collectively, "Financing Documents"); (b) that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officer are approved; and/or (c) that the actions of the Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such Designated Officer and by the Company;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer or his designee shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Designated Officer in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

This consent was executed and delivered by Steven J. Montante and Shelly R. Montante, being the holders of all of the issued and outstanding membership interests of the Company on the date set forth below.

June 20, 2024                MONTANTE PLASTIC SURGERY & AESTHETICS, LLC

By: _____
Steven J. Montante, Member

By: _____
Shelly R. Montante, Member

2

**Fill in this information to identify the case:**

Debtor name   Montante Plastic Surgery & Aesthetics, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 20, 2024         X /s/   Steven J. Montante, MD   *(signature)*
                                     Signature of individual signing on behalf of debtor

                                     Steven J. Montante, MD
                                     Printed name

                                     Member
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Montante Plastic Surgery & Aesthetics, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 360 Equipment Finance<br>Attn: Credit Department<br>300 Beardsley Lane, Bdg D-201<br>Austin, TX 78746 | | Evolve | Contingent | $7,709.00 | undetermined | $7,709.00 |
| Allied Capital<br>1919 Pennsylvania Ave, NW<br>Washington, DC 20006 | | | Disputed | | | $97,489.00 |
| Balboa Capital Corp.<br>575 Anton Blvd., 12th Flr.<br>Costa Mesa, CA 92626 | | Morpheus8 | Contingent Disputed | $60,869.90 | undetermined | $60,869.90 |
| Balboa Capital Corp.<br>575 Anton Blvd., 12th Flr.<br>Costa Mesa, CA 92626 | | DEKA (Cool Peel) | Contingent Disputed | $49,742.70 | undetermined | $49,741.70 |
| Blue Ridge Bank, N.A.<br>1801 Bayberry Court, Ste 101<br>Attn: Special Servicing<br>Richmond, VA 23226 | | bank loan | | $352,153.00 | undetermined | $352,153.00 |
| Blue Ridge Bank, N.A.<br>1801 Bayberry Court, Ste 101<br>Attn: Special Servicing<br>Richmond, VA 23226 | | bank loan | | $101,246.00 | undetermined | $101,246.00 |

Debtor  Montante Plastic Surgery & Aesthetics, LLC    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BluShark Digital<br>500 Penn St NE<br>First Floor #2<br>Washington, DC 20002 | | Website/SEO | | | | $18,625.00 |
| CitiBank<br>PO Box 6500<br>Sioux Falls, SD 57117 | | | | | | $10,361.00 |
| City of Richmond, Virginia<br>PO Box 26505<br>Richmond, VA 23261 | | | | | | $21,218.52 |
| Credibly of Arizona, LLC<br>25200 Telegraph Rd #350<br>Southfield, MI 48033 | | Any and All Assets maintained by Debtor | Disputed | $76,448.00 | undetermined | $76,448.00 |
| Crown Mini Richmond<br>8712 West Broad Street<br>Henrico, VA 23294 | | | | | | $15,804.00 |
| Crown Mini Richmond<br>8712 West Broad Street<br>Henrico, VA 23294 | | | | | | $13,793.00 |
| EBF Holdings<br>102 W. 38th St., 6th Flr<br>New York, NY 10018 | | | Disputed | | | $20,606.00 |
| JKK&R<br>5012 Monument Ave. #300<br>Richmond, VA 23230 | | | | | | $7,579.00 |
| Merz Aesthetics<br>6501 Six Forks Road<br>Raleigh, NC 27615 | | | | | | $10,000.00 |
| Regions Bank d/b/a Ascentium Capital<br>P.O. Box 11407<br>Birmingham, AL 35246-3509 | | BodyTite | Contingent | $19,859.02 | undetermined | $19,858.02 |
| Richmond Times Dispatch<br>c/o Lee Advertising<br>PO Box 4690<br>Carol Stream, IL 60197-4690 | | Trade debt | | | | $67,680.34 |
| Sientra<br>3333 Michelson Drive, Ste 650<br>Irvine, CA 92612 | | | | | | $15,484.06 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Montante Plastic Surgery & Aesthetics, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Bancorp Bank, N.A.<br>409 Silverside Road<br>Suite 105<br>Wilmington, DE 19809 | | Cool Sculpting 2; Cool Sculpting | Contingent<br>Unliquidated<br>Disputed | $117,396.25 | undetermined | $117,394.25 |
| Wells Coleman<br>5004 Monument Ave.<br>Richmond, VA 23230 | | | | | | $17,000.00 |

# United States Bankruptcy Court
## Eastern District of Virginia, Richmond Division

In re: Montante Plastic Surgery & Aesthetics, LLC
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shelly Montante<br>408 Kilmarnock Drive<br>Henrico, VA 23233 | | 50% | Membership |
| Steven Montante<br>408 Kilmarnock Drive<br>Henrico, VA 23233 | | 50% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 20, 2024

Signature: /s/ Steven J. Montante, MD
Steven J. Montante, MD

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

360 Equipment Finance
Attn: Credit Department
300 Beardsley Lane, Bdg D-201
Austin, TX 78746

Abbvie / Allergan
1 N. Waukegan Road
North Chicago, IL 60064

ADP
1 ADP Blvd
Roseland, NJ 07068

AG Adjustments
PO Box 9090
Melville, NY 11747

Alle
1 N. Waukegan Road
North Chicago, IL 60064

Allergan USA, Inc.
5 Giralda Farms
Madison, NJ 07940

Allied Capital
1919 Pennsylvania Ave, NW
Washington, DC 20006

Amalgamated Financial Group
105 White Oak Ln
Old Bridge, NJ 08857

American Nurses Association
4435 Waterfront Dr #101
Glen Allen, VA 23060

Anis IT Solutions
7305 Hancock Village Dr. #329
Chesterfield, VA 23832

Anne Marie Laney Hill, Esq.
SpencerFane
3040 Post Oak Blvd, Ste 1400
Houston, TX 77056

Anthem
2015 Staples Mill Road
Richmond, VA 23230

Ascentium Capital
23970 Highway 59 N
Kingwood, TX 77339

```
Balboa Capital Corp.
575 Anton Blvd., 12th Flr.
Costa Mesa, CA 92626


Banleaco
11017 Aurora Avenue
Urbandale, IA 50322


Benefits Design Group, LLC
2501 Monument Avenue
Richmond, VA 23220


Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188


Blue Ridge Bank, N.A.
Attn: Special Servicing
1801 Bayberry Court, Ste 101
Richmond, VA 23226


BluShark Digital
500 Penn St NE First Floor #2
Washington, DC 20002


CAN Capital, Inc.
c/o Corporation Service Co., as rep.
PO Box 2576
Springfield, IL 62708


Citibank
6716 Grande Lane Bldg 9 Suite 910
Louisville, KY 40213


CitiBank
PO Box 6500
Sioux Falls, SD 57117


City of Richmond, Virginia
PO Box 26505
Richmond, VA 23261


Credibly of Arizona, LLC
25200 Telegraph Rd #350
Southfield, MI 48033


Crown Mini Richmond
8712 West Broad Street
Henrico, VA 23294


CT Corporation Syst., as representative
Attn:  SPRS
330 N. Brand Blvd., Ste 700
Glendale, CA 91203
```

```
CT-Corporation Syst., as representative
Attn:   SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


David Cox, Esquire
900 Lakeside Drive
Lynchburg, VA 24501


EBF Holdings
102 W. 38th St., 6th Flr
New York, NY 10018


Evolus
520 Newport Center Dr. #1200
Newport Beach, CA 92660


Financial Service Vehicle Trust
c/o BMW Financial Services NA, LLC
Woodcliff Lake, NJ 07677


Financial Services Vehicle Trust
5550 Britton Parkway
Hilliard, OH 43026


First Citizens Bank & Trust
155 Commerce Way
Portsmouth, NH 03081


Internal Revenue Service
Unit 400 Box 76
Richmond, VA 23219


Jay Kepley, Esquire
Kepley & Biggs, PLC
2211 Pump Road
Henrico, VA 23233


JKK&R
5012 Monument Ave. #300
Richmond, VA 23230


JP Morgan/Chase
383 Madison Avenue
New York, NY 10017


Keiter CPA's
4401 Dominion Blvd.
Glen Allen, VA 23060


Kelley Accounting Services
5000 Monument Ave.
Richmond, VA 23220
```

```
McKesson Corp.
401 Mason Rd.
La Vergne, TN 37086


McKesson Medical-Surgical
9954 Mayland Dr.
Henrico, VA 23233


MD Leasing LLC
6210 Sienna Parkway Ste 300
Missouri, TX 10021


Merz Aesthetics
6501 Six Forks Road
Raleigh, NC 27615


MTF Biologics
125 May Street
Edison, NJ 08837


Neal Salisian/Glenn Coffman
SalisianiLee LLP
500 South Hope St., Ste 750
Los Angeles, CA 90071-2627


Payroc
7840 Graphics Drive Ste 200
Tinley Park, IL 60477


Regions Bank d/b/a Ascentium Capital
P.O. Box 11407
Birmingham, AL 35246-3509


Richmond Times Dispatch
c/o Lee Advertising PO Box 4690
Carol Stream, IL 60197-4690


RTD
8460 Times Dispatch Blvd.
Mechanicsville, VA 23116


RX3 Compounding Pharmacy
11934 W. Broad St. STE 100
Henrico, VA 23233


Selective Insurance Co. of America
1011 Boulder Springs Drive, Suite 100
P. O. Box 13325
Richmond, VA 23225


Shelly Montante
408 Kilmarnock Drive
Henrico, VA 23233
```

Sientra
3333 Michelson Drive, Ste 650
Irvine, CA 92612


Stearns Bank, N.A.
500 13th Street
Albany, MN 56307


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673


Steven Montante
408 Kilmarnock Drive
Henrico, VA 23233


Symplast EHR
6750 N Andrews Ave Ste 200
Fort Lauderdale, FL 33309


The Bancorp Bank
548 North Trooper Rd.
Norristown, PA 19403


The Bancorp Bank, N.A.
409 Silverside Road Suite 105
Wilmington, DE 19809


The Benefits Design Group, LLC
2501 Monument Ave.
Richmond, VA 23220


The Doctors Company
185 Greenwood Road
Napa, CA 94558


The Hartford Business Insurance
200 Colonial Parkway, Ste 500
Lake Mary, FL 32746


Tiger Aesthetics Medical LLC
9630 S. 54th St
Franklin, WI 53132


Trizetto Provider Solutions
3300 Rider Trail South
Earth City, MO 63045


Twin City Fire Insurance Co.
One Hartford Plaza
Hartford, CT 06152


USI Insurance Services
4605 Columbus St.
Virginia Beach, VA 23462

VA Linen
875 E. Bank Street
Petersburg, VA 23803

Verizon
1095 Avenue of the Americas
New York, NY 10036

Virginia Department of Taxation
Bankruptcy Unit PO Box 2156
Richmond, VA 23218

Wells Coleman
5004 Monument Ave.
Richmond, VA 23230

Westhampton LLC
Attn: Stefan Cametas, Mgr.
350 Pembroke Lane
Henrico, VA 23238

Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219

# United States Bankruptcy Court
## Eastern District of Virginia, Richmond Division

In re: Montante Plastic Surgery & Aesthetics, LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Montante Plastic Surgery & Aesthetics, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 20, 2024
Date

/s/ Paula S. Beran
Paula S. Beran VSB 34679
Signature of Attorney or Litigant
Counsel for   Montante Plastic Surgery & Aesthetics, LLC
Tavenner & Beran, PLC
20 N 8th Street, 2nd Floor
Richmond, VA 23219
 Fax:
pberan@tb-lawfirm.com